```
Paul S. White, Esq., SBN 146989
Rina Carmel, Esq., SBN 208311
TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, CA 90067
Telephone: (310) 203-4800
Facsimile:  (310) 203-4850
E-Mail:     pwhite@tsmp.com / rcarmel@tsmp.com

Attorneys for Defendants
CHUBB & SON INC. and VIGILANT INSURANCE COMPANY
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| WINERY ASSET MANAGEMENT, INC., a California corporation,<br><br>              Plaintiff,<br>v.<br><br>CHUBB & SON INC., VIGILANT INSURANCE COMPANY, and DOES 1 through 100, inclusive,<br><br>              Defendants. | CASE NO. C-06-3605 MMC<br><br>**STIPULATION REGARDING DISCLOSURE OF SETTLEMENT AGREEMENT;** [PROPOSED] **ORDER**<br><br>Date Action Removed: June 6, 2006<br>Trial Date:          Not set<br>Discovery Cutoff:   Not set |

      Plaintiff Winery Asset Management, Inc. ("WAMI") and Defendant Vigilant Insurance Company ("Vigilant") hereby stipulate, through their respective counsel of record, as follows:

      1.    On or about June 28, 2006, the Court entered a Stipulation and Protective Order Re: Confidential Documents ("Protective Order"). Paragraph 1 of the Protective Order recites, in pertinent part:

> **Confidential Material Defined:** Plaintiff WINERY ASSET MANAGEMENT, INC. has been requested to produce documents relating to WAMI's lawsuit against Portocork America, Inc. and Portocork International, Inc. (Napa Superior Court Case No. 26-24738) ("Portocork Litigation"), including the settlement agreement from the Portocork

1

1 Litigation. Some of the documents from the Portocork Litigation were
2 designated as Confidential, including the settlement agreement. If such
3 documents are produced in *Winery Asset Management, Inc. v. Chubb &*
4 *Son Inc., et al.*, Napa Superior Court Case No. 26-33182, removed on June
5 6, 2006 to the United States District Court for the Northern District of
6 California, San Francisco Division, Case No. C-06 3605 EDL ("Coverage
7 Litigation"), they will be marked "Confidential" and will be collectively
8 referred to herein as "Confidential Material."

9     2. Counsel for WAMI and counsel for Portocork America, Inc. and Portocork
10 International, Inc. (collectively "Portocork") have advised counsel for Vigilant that the consent
11 of both WAMI and Portocork is necessary in order to release the settlement agreement regarding
12 the Portocork Litigation to Vigilant.

13     3. Counsel for WAMI and Portocork have advised that they may decide to
14 voluntarily provide the settlement agreement regarding the Portocork Litigation to Vigilant.

15     4. Counsel for Vigilant has advised that it may issue discovery requests seeking
16 production of the settlement agreement regarding the Portocork Litigation. Counsel for
17 Portocork has requested that it be granted standing to file an appropriate motion with the Court to
18 enforce the confidentiality of the settlement agreement regarding the Portocork Litigation,
19 including filing an appropriate motion pursuant to the Protective Order. WAMI and Vigilant are
20 agreeable to granting standing to Portocork to file an appropriate motion with the Court to
21 enforce the confidentiality of the settlement agreement regarding the Portocork Litigation,
22 including filing an appropriate motion pursuant to the Protective Order.

23     5. Vigilant and WAMI further stipulate that the instant Stipulation may be executed
24 in counterparts.

25 Dated: August __, 2006         CARLE, MACKIE, POWER & ROSS

27 By: /s/ Dawn M. Ross
28                                 Dawn M. Ross
                                Attorneys for Plaintiff WINERY ASSET
                                MANAGEMENT, INC.

2
STIPULATION REGARDING CONFIDENTIALITY
CASE NO. C-06-3605 MMC

Aug-03-06 03:07pm From-Tressler Soderstrom Maloney & Priess 3102034850 T-474 P.008/008 F-268

Dated: August 4, 2006

TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP

By: *[signature]*
Paul S. White
Rina Carmel
Attorneys for Defendants CHUBB & SON INC. and VIGILANT INSURANCE COMPANY

APPROVED AS TO FORM:

Dated: August 4, 2006

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: *[signature]*
George A. Yuhas
Attorneys for PORTOCORK AMERICA, INC. and PORTOCORK INTERNATIONAL, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: August 7, 2006

*[signature]*
UNITED STATES DISTRICT JUDGE

LA 90879 v2 (2246-68)

---

3
STIPULATION REGARDING CONFIDENTIALITY
CASE NO. C-06-3605 MMC