DAWN M. ROSS (143028)
GREGORY J. WALSH (209763)
CARLE, MACKIE, POWER & ROSS LLP
100 B Street, Suite 400
Santa Rosa, California 95401
Telephone: (707) 526-4200
Facsimile: (707) 526-4707

Attorneys for Plaintiffs
Winery Asset Management, Inc.,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WINERY ASSET MANAGEMENT, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHUBB & SON INC., VIGILANT INSURANCE COMPANY, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C06–03605 MMC<br><br>**STIPULATION TO SUBSTITUTE DEFENDANT**<br><br>Date: August 15, 2006<br>Time: 9:00 a.m.<br>Place: Courtroom E<br><br>*Unlimited Civil* |

Plaintiffs WINERY ASSET MANAGEMENT, INC., a California corporation, and Defendants, CHUBB & SON INC. and VIGILANT INSURANCE COMPANY, by and through their respective attorneys, hereby stipulate that:

1.  On June 26, 2006, Defendant Chubb & Son, Inc. filed a Motion to Dismiss. In that motion, Chubb & Son, Inc. represented that it was not involved in the decision regarding insurance coverage, which is the subject matter of this case. Instead, it represented that the entity involved was Chubb & Son, a division of Federal Insurance Company.

2.  Chubb & Son, a division of Federal Insurance Company, will be substituted into the lawsuit in the place of Chubb & Son, Inc. Upon entry by the Court of this Stipulation, the caption of the instant action shall be amended to read "Winery Asset Management, Inc. v. Chubb

1  & Son, a division of Federal Insurance Company, et al.," and references to Chubb & Son Inc. in
2  the Complaint on file in the instant action shall be deemed to refer to Chubb & Son, a division of
3  Federal Insurance Company.
4     3.    Chubb & Son, Inc. has taken its pending Motion to Dismiss off calendar.
5     4.    Chubb & Son, a division of Federal Insurance Company, will have twenty (20)
6  days from the date of entry of an Order on this Stipulation to respond to the Complaint on file in
7  the instant action.

Dated: 8/4/06        TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP

By: _____
Rina Carmel
Attorneys for Defendants
Chubb & Son Inc., and
Vigilant Insurance Company

Dated: 8/4/06        CARLE, MACKIE, POWER & ROSS, LLP

By: _____
Dawn M. Ross
Attorneys for Plaintiff
Winery Asset Management, Inc.

IT IS SO ORDERED.

Dated: __August 7__, 2006

_____
Honorable Maxine M. Chesney

CARLE, MACKIE, POWER & ROSS LLP

Case No.: C06-03605 MMC    2    Stipulation to Substitute Defendant