DAWN M. ROSS (143028)
GREGORY J. WALSH (209763)
CARLE, MACKIE, POWER & ROSS LLP
100 B Street, Suite 400
Santa Rosa, California 95401
Telephone: (707) 526-4200
Facsimile: (707) 526-4707

Attorneys for Plaintiffs
Winery Asset Management, Inc.,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINERY ASSET MANAGEMENT, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHUBB & SON INC., a division of FEDERAL INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No. 06-03605 MMC<br><br>**JOINT REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>Date: September 8, 2006<br>Time: 10:30 a.m.<br>Dept.: 7<br><br>*Unlimited Civil* |

Plaintiffs and Defendants hereby respectfully request a telephonic appearance at the above referenced Case Management Conference. Counsel for parties can be reached at the telephone numbers listed below:

Dawn M. Ross, attorney for Plaintiffs – (707) 526-4200
Rina Carmel, attorney for Defendants – (310) 203-4823

Dated: August 28, 2006

CARLE, MACKIE, POWER & ROSS, LLP

By: _____
Dawn M. Ross
Attorneys for Plaintiff
WINERY ASSET MANAGEMENT, INC., et al.

///

CARLE, MACKIE, POWER & ROSS LLP

Case No.: 06-03605 MMC                          1                          Request for Telephonic Appearance at CMC

| | | |
|---|---|---|
| 1 | Dated: August 28, 2006 | TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP |
| 2 | | |
| 3 | | By: /s/ Rina Carmel |
| 4 | | Rina Carmel |
| 5 | | Attorneys for Defendants Chubb & Son, a division of Federal Insurance Company, et al. |

1  [PROPOSED] ORDER
2          Pursuant to the Request above, counsel for both Plaintiff and Defendants ~~may~~ shall appear by
3  telephone at the Case Management Conference set for September 8, 2006 at 10:30 a.m.
4
5  IT IS SO ORDERED.
6  Dated: August 29, 2006
7                                                                        /s/ Maxine M. Chesney
                                                                         Hon. Maxine Chesney