Paul S. White, Esq., SBN 146989
Rina Carmel, Esq., SBN 208311
TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, CA 90067
Telephone: (310) 203-4800
Facsimile: (310) 203-4850
E-Mail:     pwhite@tsmp.com / rcarmel@tsmp.com

Attorneys for Defendants
CHUBB & SON, a division of FEDERAL INSURANCE COMPANY
and VIGILANT INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| WINERY ASSET MANAGEMENT, INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CHUBB & SON, a division of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | CASE NO. C-06-3605 MMC<br><br>**STIPULATION REGARDING EXTENSION OF TIME TO SERVE INITIAL DISCLOSURES PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 26(a)(1); [PROPOSED] ORDER**<br><br>Date Action Removed: June 6, 2006<br>Trial Date:　　　　　Not set<br>Discovery Cutoff:　　Not set |

　　　　Plaintiff Winery Asset Management, Inc. ("WAMI") and Defendants Chubb & Son, a division of Federal Insurance Company and Vigilant Insurance Company (collectively "Vigilant") hereby stipulate, through their respective counsel of record, as follows:

　　　　1.　　The Court has set a Case Management Conference date of September 8, 2006. Pursuant to Federal Rules of Civil Procedure, Rule 26(a)(1), WAMI and Vigilant (collectively "Parties") believe that the deadline for serving initial disclosures is September 1, 2006.

　　　　2.　　Pursuant to Local Civil Rule 6-2, the Parties request that the Court allow a three-week extension of time to serve initial disclosures pursuant to Rule 26(a)(1), such that the deadline for serving initial disclosures pursuant to Rule 26(a)(1) would be September 22, 2006.

1

STIPULATION RE EXTENSION OF TIME TO SERVE INITIAL DISCLOSURES
CASE NO. C-06-3605 MMC

1  The Parties believe that an extension will allow the Parties time to explore settlement of the
2  instant action. WAMI has advised Vigilant that WAMI believes that an extension will allow it
3  additional time to conduct its investigation and prepare its initial disclosures.

4      3.    There have been no prior extensions of time in the instant action.

5      4.    The Parties do not believe that the requested extension would impact the schedule
6  for the instant action.

7      5.    The Parties further stipulate that the instant Stipulation may be executed in
8  counterparts.

9  Dated: September 1, 2006        CARLE, MACKIE, POWER & ROSS

11  By: _____
12  Dawn M. Ross
    Gregory J. Walsh
13  Attorneys for Plaintiff WINERY ASSET
    MANAGEMENT, INC.

15  Dated: September 1, 2006        TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP

18  By: _____
    Paul S. White
19  Rina Carmel
    Attorneys for Defendants
20  CHUBB & SON, a division of FEDERAL
    INSURANCE COMPANY
21  and VIGILANT INSURANCE COMPANY

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __September 1, 2006__

_____
UNITED STATES DISTRICT JUDGE

LA 92083 (2246-68)

2
STIPULATION RE EXTENSION OF TIME TO SERVE INITIAL DISCLOSURES
CASE NO. C-06-3605 MMC