Paul S. White, Esq., SBN 146989
Rina Carmel, Esq., SBN 208311
TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, CA 90067
Telephone: (310) 203-4800
Facsimile: (310) 203-4850
E-Mail:    pwhite@tsmp.com / rcarmel@tsmp.com

Attorneys for Defendants
CHUBB & SON, a division of FEDERAL INSURANCE COMPANY
and VIGILANT INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WINERY ASSET MANAGEMENT, INC., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>CHUBB & SON, a division of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO. C-06-3605 MMC<br><br>**STIPULATION TO DISMISS PLAINTIFF'S COMPLAINT;** [PROPOSED] **ORDER**<br><br>Date Action Removed: June 6, 2006<br>Trial Date:          October 9, 2007<br>Discovery Cutoff:    April 27, 2007 |

    Plaintiff Winery Asset Management, Inc. ("WAMI") and Defendants Chubb & Son, a division of Federal Insurance Company and Vigilant Insurance Company (collectively "Vigilant") hereby stipulate, through their respective counsel of record, as follows:

    1.    Based on the Settlement Agreement and Release reached between the above parties and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the instant action, including without limitation WAMI's Complaint for Breach of Insurance Contract and Tortious Breach of the Covenant of Good Faith and Fair Dealing on file in the instant action, shall be dismissed in its entirety with prejudice.

    2.    Each party is to bear its own costs and attorneys fees, if any.

1

STIPULATION TO DISMISS
CASE NO. C-06-3605 MMC

3. The Court is requested to enter an Order approving and implementing the foregoing stipulation.

Dated: October 3, 2006          CARLE, MACKIE, POWER & ROSS

By: *[signature]*
Dawn M. Ross
Gregory J. Walsh
Attorneys for Plaintiff WINERY ASSET MANAGEMENT, INC.

Dated: October 16, 2006         TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP

By: *[signature]*
Paul S. White
Rina Carmel
Attorneys for Defendants
CHUBB & SON, a division of FEDERAL INSURANCE COMPANY
and VIGILANT INSURANCE COMPANY

## [PROPOSED] ORDER

The parties having stipulated thereto, it is hereby ordered as follows:

1. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the instant action, including without limitation Plaintiff Winery Asset Management, Inc.'s Complaint for Breach of Insurance Contract and Tortious Breach of the Covenant of Good Faith and Fair Dealing on file in the instant action, shall be and hereby is dismissed in its entirety with prejudice.

2. Each party is to bear its own costs and attorneys fees, if any.

DATED: October 16, 2006         *[signature]*
Honorable Maxine M. Chesney
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LA 92829 (2216-68)

2

STIPULATION TO DISMISS
CASE NO. C-06-3605 MMC